RECEIVED
IN LAKE CHARLES, LA

AUG 2 3 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE SPILLMAN, Individually and As natural tutrix to her minor child, BRANDON DWAYNE DICKS | CIVIL NO. 2:05 CV 0450 |
| VERSUS | |
| SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION d/b/a LAKE CHARLES MEMORIAL HOSPITAL AND CHRISTUS HEALTH SOUTHWESTERN LOUISIANA d/b/a CHRISTUS ST. PATRICK HOSPITAL | JUDGE: Minaldi<br><br>MAGISTRATE: Wilson |

## JUDGMENT ON DEFENDANTS' MOTIONS TO DISMISS

This matter came before this Court on Motions to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by defendants CHRISTUS Health Southwestern Louisiana d/b/a CHRISTUS St. Patrick Hospital ("St. Patrick Hospital") and Southwest Louisiana Hospital Association d/b/a Lake Charles Memorial Hospital ("Lake Charles Memorial Hospital"). A hearing on defendants' motions was held on Thursday May 26, 2005.

Appearances: Benjamin Guilbeau, John Simpson, representing Lake Charles Memorial Hospital
M. Aminthe Broussard, representing St. Patrick Hospital
Oliver Jackson Schrumpf, representing plaintiffs.

A stipulation was entered, and the Medical Malpractice claim was dismissed by the plaintiff. After oral arguments and for oral reasons assigned, the Court entered the following rulings:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss the Louisiana "Patient Dumping" Claim under La. R.S. 40:2113.4 is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss the EMTALA claim under 42 U.S.C. 1395dd is **DENIED**.

Judgment entered in open court on May 26, 2005.

Judgment signed, this 7 L day of June, 2005, at Lake Charles, Louisiana.

_____
JUDGE PATRICIA MINALDI
U.S. DISTRICT COURT JUDGE

CIRCULATED AND APPROVED AS TO FORM BY:

_____
**Benjamin Guilbeau, Jr.**
Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.
One Lakeside Plaza
Lake Charles, LA 70601
*Counsel for defendant, Lake Charles Memorial Hospital*

_____
**Oliver "Jackson" Schrumpf**
3801 Maplewood Drive
Sulphur, LA 70663
*Counsel for plaintiff*

Respectfully Submitted by:

ADAMS AND REESE, LLP

_____
Ann M. Halphen, T.A. (#17580)
M. Aminthe Broussard (#29106)
450 Laurel Street, Suite 1900
Baton Rouge, LA 70801
Telephone: 225-336-5200
Facsimile: 225-336-5220
*Counsel for defendant, Christus Health Southwestern Louisiana*

LAW OFFICES OF
## STOCKWELL, SIEVERT, VICCELLIO, CLEMENTS & SHADDOCK
### L.L.P.

CHARLES D. VICCELLIO
WILLIAM E. SHADDOCK (1)
EMMETT C. SOLE
JOHN S BRADFORD
STEPHEN C. POLITO
ROBERT S DAMPF
WILLIAM B. MONK
H. ALAN McCALL
BRIAN L COODY
PAUL L. VEAZEY, JR.
ANDREW D McGLATHERY, III
SUSAN GAY VICCELLIO
BENJAMIN J. GUILBEAU, JR.
H. AUBREY WHITE, III (1,2)
LEE W. BOYER (3)
TODD M. AMMONS

DAVID L. MORGAN
JOHN J. SIMPSON
COREY A. DOUGHTY
LYLA B. NEELIS

ONE LAKESIDE PLAZA · 70601

POST OFFICE BOX 2900 · 70602-2900

TELEPHONE (337) 436-9491

FAX (337) 493-7210
FAX (337) 493-7209

www.ssvcs.com

LAKE CHARLES, LOUISIANA

OF COUNSEL
THOMAS G. HENNING
RANDY J. FUERST
THAD D MINALDI
EDWARD D MYRICK (1)
ADRIAN D. COX, JR.

OLIVER P STOCKWELL (1907-1983)
FRED H. SIEVERT, JR. (1923-1968)
ROBERT W. CLEMENTS (1934-2004)

(1) BOARD CERTIFIED
    ESTATE PLANNING
    AND ADMINISTRATION
    SPECIALIST
(2) LL.M. IN TAXATION
    BOARD CERTIFIED TAX
    LAW SPECIALIST
(3) ALSO ADMITTED IN TEXAS

August 19, 2005

Via Hand Delivery
Hon. Robert H. Shemwell
Clerk of Court
United States District Court for the
Western District of Louisiana
800 Lafayette St., Ste. 2100
Lafayette, LA 70501

      RE:    Joyce Spillman, Individually and as natural tutrix to her minor
               child, Brandon Dwayne Dicks
               Vs. No. 2:05 CV-0450
               Southwest Louisiana Hospital Association, d/b/a Lake Charles
               Memorial Hospital, et al
               Our File No. 1221/19891

Dear Sir:

      Enclosed please find an original and one copy of a Judgment on Defendants' Motions to Dismiss which has been fully executed by the parties. We respectfully ask that the original be filed in the record after Judge Minaldi has signed same. Please conform and return to us the attached copy.

      By copy of this correspondence, a copy of the foregoing has been forwarded to all known parties to this litigation.

      Thank you for your assistance in this matter. If you have any questions or would like to discuss the foregoing, please do not hesitate to contact me.

With kindest regards, I am

Sincerely,

BENJAMIN J. GUILBEAU, JR.
JOHN J. SIMPSON

JJS/klc
Enclosure
cc: Ms. Ann M. Halphen
     Mr. Oliver "Jackson" Schrumpf