RECEIVED
IN LAKE CHARLES, LA

APR - 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOYCE SPILLMAN, Individually and as Natural Tutrix of her Minor Child, BRANDON DWAYNE DICKS | : | DOCKET NO. 2:05 CV 450 |
| VS. | : | JUDGE MINALDI |
| SOUTHWEST LOUISIANA HOSPITAL ASSOCIATION, ET AL. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED that the Motion for Summary Judgment [doc. 51] filed by Christus Health Southwestern Louisiana is GRANTED. The plaintiff's Emergency Medical Treatment and Labor Act claim, 42 U.S.C. 1395dd, is hereby DISMISSED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ____ day of April, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT